UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ISAAC LEE ZAMORA,<br><br>      Plaintiff,<br><br>  v.<br><br>JACK WARNER,<br><br>      Defendant. | Case No. C17-1007-RSL<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND MOTION FOR DEFAULT |

The Court, having reviewed plaintiff's motion for summary judgment, defendant's response, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, plaintiff's motion for default and the remaining record, hereby finds and ORDERS as follows:

(1) The Report and Recommendation is approved and adopted. (Dkt. 22)

(2) Plaintiff's motion for summary judgment (Dkt. 17) is DENIED.

(3) Plaintiff's motion for default (Dkt. 23) is DENIED.

(4) The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to the Honorable James P. Donohue.

ORDER DENYING PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT - 1

DATED this 13th day of December, 2017.

*signature*
ROBERT S. LASNIK
United States District Judge

ORDER DENYING PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT - 2