# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ISAAC LEE ZAMORA, <br><br> Plaintiff, <br><br> v. <br><br> JACK WARNER, <br><br> Defendant. | Case No. C17-1007RSL <br><br> ORDER |

This matter comes before the Court on plaintiff's objections, Dkt. # 27, to the Report and Recommendation (R&R) by the Honorable James P. Donohue, Dkt. # 22. The R&R recommended denying two of plaintiff's motions and stated that objections should be filed no later than November 22, 2017. Dkt. # 22 at 22. On December 13, 2017, the Court approved and adopted the R&R and denied plaintiff's motions. Dkt. # 25. On December 21, 2017, plaintiff filed a letter stating: "You should have been the better. I do not agree with the Report biased Recommendation. I want stop of the actions. I agree with our President Donald Trump you and aleged court of civil rights is significant cost burden. I wanted equal chance[.]" Dkt. # 27. (mistakes in original). Construing the points in plaintiff's letter as objections to the R&R, those objections are untimely because the letter was filed after November 22, 2017. In addition, the letter would not have changed the Court's decision to approve and adopt the R&R and to deny plaintiff's motions. Insofar as plaintiff intended the letter to be a Rule 60 motion for relief from the Court's previously entered order, that motion is DENIED.

ORDER - 1

1 DATED this 8th day of February, 2018.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER - 2