UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ISAAC LEE ZAMORA,<br><br>                Plaintiff,<br><br>   v.<br><br>JACK WARNER,<br><br>                Defendant. | Case No. C17-1007-RSL-JPD<br><br>REPORT AND RECOMMENDATION |

This is a civil rights action brought under 42 U.S.C. § 1983. On March 22, 2018, the parties filed a stipulation for dismissal of this action. (Dkt. 30.) In light of this stipulation, the undersigned recommends that plaintiff Isaac Zamora's complaint against defendant Jack Warner be dismissed with prejudice, and without costs to either party. The Court further recommends that United States District Judge Robert S. Lasnik immediately approve this Report and Recommendation. The Clerk should note the matter as immediately ready for Judge Lasnik's consideration. A proposed Order accompanies this Report and Recommendation.

DATED this 27th day of March, 2018.

*/s/ James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

REPORT AND RECOMMENDATION - 1