UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ISAAC LEE ZAMORA,

                    Plaintiff,

    v.

JACK WARNER,

                    Defendant.

Case No. C17-1007-RSL

ORDER OF DISMISSAL

The Court, having reviewed plaintiff's complaint, the parties' stipulation for dismissal, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, hereby finds and ORDERS as follows:

(1) The Report and Recommendation is approved and adopted.

(2) Plaintiff's complaint and this action are DISMISSED with prejudice. The parties shall bear their own costs and fees.

//

//

//

ORDER OF DISMISSAL - 1

(3) The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendant, and to the Honorable James P. Donohue.

DATED this 27th day of March, 2018.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL - 2