UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| ISAAC LEE ZAMORA, | Case No. C17-1007RSL |
|---|---|
| Plaintiff, | ORDER DENYING MOTION FOR RELIEF FROM FILING FEES |
| v. | |
| JACK WARNER, | |
| Defendant. | |

This matter comes before the Court on plaintiff's "Motion for Financial Relief from Filing Fee." Dkt. # 33. When plaintiff initiated this case, he was granted leave to proceed *in forma pauperis*. Dkt. # 5. Under the Prison Litigation Reform Act of 1995, prisoners who bring civil actions *in forma pauperis* are relieved of prepaying fees, but must still ultimately pay the full amount. See 28 U.S.C. § 1915(b) ("[I]f a prisoner brings a civil action or files an appeal in forma pauperis, the prisoner shall be required to pay the full amount of a filing fee."). The Court sympathizes with plaintiff's financial woes, but courts no longer have the discretion to waive filing fees for prisoners proceeding IFP in civil actions. The motion, Dkt. # 33, is DENIED.

DATED this 4th day of September, 2018.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION FOR RELIEF FROM FILING FEES - 1